No. 786. BRENNAN ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Edward Bennett Williams, Elmer J. Ryan, Benedict S. Deinard* and *Melvin H. Siegel* for petitioners. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Julia P. Cooper* for the United States. 

No. 804. KANE *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Bernard Weiss* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Hilbert P. Zarky* and *Morton K. Rothschild* for respondent. 

No. 37. NILVA *v.* UNITED STATES, 352 U. S. 385;

No. 62. SENKO *v.* LACROSSE DREDGING CORP., 352 U. S. 370;

No. 94. RADOVICH *v.* NATIONAL FOOTBALL LEAGUE ET AL., 352 U. S. 445;

No. 639. SCHYMAN *v.* DEPARTMENT OF REGISTRATION AND EDUCATION OF ILLINOIS ET AL., 352 U. S. 1001;

No. 651. CLARK *v.* ILLINOIS, 352 U. S. 1002;

No. 687. FEDERIKA ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE, 352 U. S. 1025;

No. 698. COOPER *v.* UNITED STATES, 352 U. S. 1026;

No. 701. POLIAFICO ET AL. *v.* UNITED STATES, 352 U. S. 1025;

No. 714. WOOLFSON *v.* DOYLE, TRUSTEE, ET AL., 352 U. S. 1031; and

No. 11, Misc. DOPKOWSKI *v.* RAGEN, WARDEN, 352 U. S. 1031. Petitions for rehearing denied. MR. JUSTICE WHITTAKER took no part in the consideration or decision of these applications.